UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cr-20370-GAYLES/TORRES

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**GRAYLAN STEVE JOHNSON**,

    Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon Chief Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") [ECF No. 43]. On November 13, 2022, Defendant Graylan Steve Johnson filed an Amended Motion to Dismiss Superseding Indictment Under Second Amendment ("Motion"). [ECF No. 24]. The matter was referred to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation. [ECF No. 41]. On February 20, 2023, Judge Torres issued his Report recommending that the Motion be denied. Defendant did not file objections to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

1

This Court finds no clear error with Judge Torres' well-reasoned analysis and conclusion that Defendant's Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 43], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Defendant's Amended Motion to Dismiss Superseding Indictment Under Second Amendment, [ECF No. 24], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of February, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE